UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUENYETTAH RIVERS,<br><br>        Plaintiff,<br><br>v.<br><br>H.H.C. CORP., Individually and d/b/a MCDONALD'S, NUOP CORPORATION, Individually and d/b/a/ MCDONALDS, TR II CORP., individually and d/b/a MCDONALD'S,<br><br>        Defendants. | Civil Case No. 2:17-cv-08031-ES-CLW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(2), it is hereby stipulated by and between the parties that the all claims by, between, and among Plaintiff, Quenyettah Rivers and Defendants H.H.C. Corporation, NUOP Corporation, and TR II Corporation (hereinafter "Defendants"), be dismissed with prejudice and without an award of attorneys' fees, costs, or expenses to any party.

ARCÉ LAW GROUP, PC
Attorneys for Plaintiff

By: _____
    Bryan S. Arce, Esq.

Dated: ~~June~~ ___, 2018
      July

SO ORDERED:

FISHER & PHILLIPS LLP
Attorneys for Defendants

By: _____
    Alvaro Hasani, Esq.

Dated: ~~June~~ 20, 2018
      July

So Ordered
/s/ Esther Salas, USDJ
8/8/18

FPDOCS 34113226.1